UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALISHA R SILBAUGH,<br><br>Plaintiff,<br><br>v.<br><br>ELAINE CHAO, Secretary of the Department of Transportation,<br><br>Defendant. | Case No. C17-1759 RSM<br><br>MINUTE ORDER SETTING ORAL ARGUMENT |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On May 10, 2018, Defendant Elaine Chao filed a Motion to Dismiss under Rule 12(b)(1), noted for consideration on June 1, 2018. Dkt. #17. The Court now requests oral argument on a single issue raised in that Motion. Specifically, the Court requests further evidence from Defendant that the materials delivered to the U.S. Attorney's Office and the Attorney General's office by Plaintiff were unsigned or otherwise do not constitute "process" under Rule 15(c)(2). This evidence may take the form of new declarations or exhibits. The Court requests argument from Plaintiff why Rule 15(c) is satisfied given this evidence. No other issues raised by the Motion will be considered. The Court sets this hearing for **1:00pm on June 29, 2018,** before the

MINUTE ORDER SETTING ORAL ARGUMENT - 1

Honorable Ricardo S. Martinez.  Any declarations or exhibits to be submitted to the Court at the hearing must be disclosed to Plaintiff no later than **Friday June 22, 2018.**

DATED this 6th day of June 2018.

                WILLIAM McCOOL, Clerk

                By:  /s/ Paula McNabb
                    Deputy Clerk

MINUTE ORDER SETTING ORAL ARGUMENT - 2