The Honorable Ricardo S. Martinez

1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8  | ALISHA SILBAUGH, an individual,         )  No.: 2:17-cv-01759-RSM

9  |     Plaintiff,    )  STIPULATED MOTION TO EXTEND
   |                                         )  DEADLINES AND ORDER

10 |     vs.          )

11 | ELAINE CHAO, Secretary of the Department )  NOTED FOR CONSIDERATION:
   | of Transportation,                      )  October 7, 2020

12 |                                         )
   |     Defendant.  )

13

## STIPULATION

14        Plaintiff Alisha Silbaugh and Defendant Elaine Chao, through their respective counsel,

15 hereby stipulate to the present motion for an extension of the remaining case deadlines including

16 the current trial date of May 3, 2021.

17        A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing

18 pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*,

19 784 F.2d 910, 912 (9th Cir. 1986). The parties are still engaged in discovery and expect

20 discovery to extend beyond the current discovery deadline. The ongoing COVID-19 pandemic

21 has also caused delays for both parties, necessitating additional time for discovery and pretrial

22 preparations. Although the parties have worked cooperatively and diligently to meet the

23 deadlines, they have been unable to obtain all of the necessary medical and other records because

24 of the large volume of third party records held in this case. Without complete records, experts

STIPULATED MOTION TO EXTEND DEADLINES
AND ORDER
2:17-cv-01759-RSM
Page 1

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652 8670

will be unable to provide complete and accurate reports, and the parties are unable to complete discovery by the current deadlines. For these reasons, good cause exists for the court to modify the current case schedule.

Based on the foregoing, the parties agree to extend the current deadlines as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Disclosure of expert testimony under FRCP 26(a)(2) | November 6, 2020 | March 5, 2021 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | December 5, 2020 | April 9, 2021 |
| Discovery completed by | January 6, 2021 | May 5, 2021 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | February 4, 2021 | June 3, 2021 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | March 18, 2021 | July 22, 2021 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | April 5, 2021 | August 9, 2021 |
| Agreed pretrial order due | April 21, 2021 | August 25, 2021 |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | April 28, 2021 | September 1, 2021 |
| JURY TRIAL DATE Length of Trial 5−9 days | May 3, 2021 | September 20, 2021 |

STIPULATED MOTION TO EXTEND DEADLINES
AND ORDER
2:17-cv-01759-RSM
Page 2

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652 8670

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  DATED: October 7, 2020                    ROCKE | LAW Group, PLLC

3
                                            s/ Peter Montine
4                                           Peter Montine, WSBA No. 49815
                                            Rocke Law Group, PLLC
5                                           101 Yesler Way, Suite 603
                                            Seattle, WA 98104
6                                           Phone: (206) 652-8670
                                            Email: peter@rockelaw.com
7
                                            Attorney for Plaintiff
8

9

10 DATED: October 7, 2020                   United States Attorney's Office

11
                                            s/ Sarah K. Morehead
12                                          SARAH K. MOREHEAD, WSBA #29680
                                            HEATHER C. COSTANZO, FLBA #37378
13                                          Assistant United States Attorneys
                                            United States Attorney's Office
14                                          700 Stewart Street, Suite 5220
                                            Seattle, WA 98101-1271
15                                          Phone: (206) 553-7970
                                            Email: sarah.morehead@usdoj.gov
16                                          Email: heather.costanzo@usdoj.gov

17                                          Attorneys for Defendant

18                              **ORDER**

19      IT IS SO ORDERED.

20      Dated this 8th day of October, 2020.

21

22

23      RICARDO S. MARTINEZ
        CHIEF UNITED STATES DISTRICT JUDGE

24

## DECLARATION OF SERVICE

I caused a copy of the foregoing Stipulated Motion to Extend Deadlines and [Proposed] Order to be served on the following in the manner indicated:

**Via ECF:**
Sarah K. Morehead
Heather Costanzo
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Sarah.Morehead@usdoj.gov
heather.costanzo@usdoj.gov

on today's date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my belief.

Signed and DATED this 7th day of October, 2020.

_____
Katie Snodgrass, Legal Assistant

STIPULATED MOTION TO EXTEND DEADLINES
AND ORDER
2:17-cv-01759-RSM
Page 4

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652 8670