The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALISHA SILBAUGH, an individual, | No.: 2:17-cv-01759-RSM |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF |
| vs. | |
| ELAINE CHAO, Secretary of the Department of Transportation, | NOTE ON MOTION CALENDAR: November 6, 2020 |
| Defendant. | |

THIS MATTER comes before the Court on the parties' Stipulated Motion for Leave to Withdraw as Counsel for Plaintiff. The Court has considered the parties' stipulated motion and the files and pleadings in this case.

IT IS ORDERED:

- The Stipulated Motion for Leave to Withdraw as Counsel for Plaintiff is GRANTED.

- Aaron V. Rocke and Peter Montine are granted leave to withdraw as counsel for Plaintiff as of October 26, 2020.

//

//

///

ORDER GRANTING STIPULATED MOTION
FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF - Page 1

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652 8670

1  SO ORDERED this 26th day of October, 2020.

2

3

4  
_____  
RICARDO S. MARTINEZ  
CHIEF UNITED STATES DISTRICT JUDGE

5

6  Presented by:

7  ROCKE │ LAW Group, PLLC

8  *s/ Peter Montine*_____  
Peter Montine, WSBA No. 49815  
9  Attorney for Plaintiff  
Rocke Law Group, PLLC  
10  101 Yesler Way, Suite 603  
Seattle, WA 98104  
11  (206) 652-8670

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING STIPULATED MOTION  
FOR LEAVE TO WITHDRAW AS COUNSEL  
FOR PLAINTIFF - Page 2

ROCKE | LAW Group, PLLC  
101 Yesler Way, Suite 603  
Seattle, WA 98104  
(206) 652 8670