1        The Honorable Ricardo S. Martinez

2

3

4

5

6

7
                      UNITED STATES DISTRICT COURT
8                  WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
9

10   ALISHA SILBAUGH,                    Case No. C17-01759-RSM

11                      Plaintiff,       ORDER GRANTING DEFENDANT'S
                  v.                     MOTION TO SEAL PLAINTIFF'S
12                                       MEDICAL RECORDS
     PETE BUTTIGIEG,
13
                       Defendant.
14

15

16       This matter came before the Court on Defendant's Motion to Seal.  The Court has

17   reviewed the Motion, all evidence submitted in support of the motion, plaintiff's response to the

18   motion, if any, and defendant's reply, as well as the documents on file, and is otherwise fully

19   informed.

20

21

22

23

24

25

26

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Therefore, it is hereby ordered that Defendant's Motion to Seal is GRANTED and the sealed documents shall remain under seal.

DATED this 8th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

TESSA M. GORMAN
Acting United States Attorney

s/ Heather C. Costanzo
HEATHER C. COSTANZO, FL # 37378

s/ Sarah K. Morehead
SARAH K. MOREHEAD, WSBA 29680
Assistant United States Attorneys
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
phone: 206-553-7970
email: heather.costanzo@usdoj.gov
email: sarah.morehead@usdoj.gov

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PROPOSED ORDER
[Case No. C17-01759-RSM] - 3