UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| **FILED** |
| JUL 18 2022 |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ALISHA R. SILBAUGH, an individual,

            Plaintiff - Appellant,

  v.

PETE BUTTIGIEG, Secretary of the
Department of Transportation,

            Defendant - Appellee.

No. 21-35694

D.C. No. 2:17-cv-01759-RSM
U.S. District Court for Western
Washington, Seattle

**MANDATE**

The judgment of this Court, entered May 24, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7